Lothar Goernitz
P. O. Box 32961
Phoenix, AZ 85064
(602) 263-5413

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re: | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| QUORUM INTERNATIONAL, LTD | ) | CASE NO. 96-09101-PHX-GBN |
| | ) | |
| | ) | |
| | ) | PETITION TO PAY |
| Debtor(s) | ) | DIVIDEND IN AMOUNT LESS |
| | ) | THAN $5.00 TO THE CLERK OF |
| | ) | THE U.S. BANKRUPTCY COURT |

Lothar Goernitz, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in §347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 115B | N CAROLINA DEPT OF REVENUE | $2.32 |
| | POB 1168 | |
| | RALEIGH, NC 27602-1168 | |
| 381 | CITY OF CHANDLER | $3.41 |
| | 25 SOUTH ARIZONA PLACE #304 | |
| | CHANDLER, AZ 85225 | |

Date: <u>August 17, 2010</u>

/s/ Lothar Goernitz
Lothar Goernitz, Trustee