Lothar Goernitz
P. O. Box 32961
Phoenix, AZ  85064
(602) 263-5413

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| QUORUM INTERNATIONAL, LTD | ) | CASE NO. 96-09101-PHX-GBN |
| | ) | |
| | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| Debtor(s) | ) | PAYMENT OF UNCLAIMED FUNDS |
| | ) | U.S. BANKRUPTCY COURT |

Lothar Goernitz, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 3 | 08/17/10 | STATE OF NEW MEXICO<br>POB 22690<br>SANTA, NM  87502-2690 | $1,475.51 |
| 6 | 08/17/10 | STATE OF LOUISANA<br>3300 METAIRIE RD<br>METAIRIE, LA  70001 | $109.07 |
| 10 | 08/17/10 | STATE OF MASSACHUSETTS<br>POB 9688<br>BOSTON, MA  02114 | $480.58 |
| 12 | 08/17/10 | CITY OF BATON ROUGE<br>POB 2590<br>BATON ROUGE, LA  70821 | $23.47 |
| 22 | 08/17/10 | REVENUE CANADA<br>TORONTO-CENTRE TAX SERVICES OFFICE<br>36 ADELAIDE STREET EAST<br>TORONTO, ON  M5C1J7 | $9,172.39 |
| 23 | 08/17/10 | STATE OF NEW MEXICO<br>POB 22690<br>SANTA FE, NM  87502-2690 | $115.05 |

| 29 | 08/17/10 | NEVADA DEPT OF TAXATION<br>CAPITOL COMPLEX<br>CARSON CITY, NV  89710 | $178.34 |
|---|---|---|---|
| 32 | 08/17/10 | OKLAHOMA TAX COMMISSION<br>POB 53248<br>OKLAHOMA CITY, OH  73152-3248 | $137.41 |
| 41 | 08/17/10 | OKLAHOMA TAX COMMISSION<br>BUSINESS TAX COMMISSION<br>POB 26850<br>OKLAHOMA CITY, OK  73126-0850 | $274.53 |

Date: <u>January 6, 2011</u>                    /s/ Lothar Goernitz
                                              Lothar Goernitz, Trustee